(No. 6576

CENTRAL YMCA HIGH SCHOOL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed September 19, 1972.*

CENTRAL YMCA HIGH SCHOOL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

Perlin, C.J.